☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   
   ☐ Chapter 7
   
   ☒ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**: Mountain Thunder Coffee Plantation Int'l Inc.

3. **Other names you know the debtor has used in the last 8 years**
   
   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**
   
   ☒ Unknown
   
   EIN __ __ - __ __ __ __ __ __ __

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | 73-4840 Kanalani Street | |
   | Number Street | Number Street |
   | Suite 143 | |
   | | P.O. Box |
   | Kaulua-Kona  HI  96740 | |
   | City  State  ZIP Code | City  State  ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Hawaii | |
   | County | Number Street |
   | | |
   | | City  State  ZIP Code |

Debtor  Mountain Thunder Coffee Plantation Int'l Inc.  Case number (if known) _____
         Name

6. **Debtor's website** (URL) _____

7. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the types of business listed.
   ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

   ☐ No
   ☒ Yes. Debtor __Naturescape Holding Group Int'l Inc.__ Relationship __Affiliate__
       District __Hawaii__ Date filed __09/16/2016__ Case number, if known __16-00982__
                                        MM / DD / YYYY

       Debtor _____ Relationship _____
       District _____ Date filed _____ Case number, if known _____
                                        MM / DD / YYYY

**Part 3:   Report About the Case**

10. **Venue**

    Check one:
    ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    ☒ No
    ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205          Involuntary Petition Against a Non-Individual          page 2

U.S. Bankruptcy Court - Hawaii   #16-00984   Dkt # 1   Filed  09/16/16   Page 2 of 8

| Debtor | Mountain Thunder Coffee Plantation Int'l Inc. | Case number (if known) |
|---|---|---|
| | Name | |

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Hagadone Hawaii, Inc. dba This Week Publications | Nonpayment for advertising fees | $ 6,864.97 |
| Thomas Spruance | Nonpayment for product - coffee cherry | $ 1,833.20 |
| Joseph Hing | Nonpayment for product - coffee cherry | $ 6,554.60 |
| | Total of petitioners' claims | $ See attached sheet |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

See following pages
Name

_____
Number   Street

_____
City        State    ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City        State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

**Attorneys**

See following pages
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City        State    ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Official Form 205                 Involuntary Petition Against a Non-Individual                 page 3

U.S. Bankruptcy Court - Hawaii   #16-00984   Dkt # 1   Filed  09/16/16   Page 3 of 8

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Russell Komo | Nonpayment for product - coffee cherry | $ 26382.80 |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $ 41,635.17 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

See following pages
Name

Number  Street

City                State        ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

Number  Street

City                State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

**Attorneys**

See following pages
Printed name

Firm name, if any

Number  Street

City                State        ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

✗ /s/ Leo Getths
Signature of attorney

Date signed  09/16/2016
             MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

| Debtor | Mountain Thunder Coffee Plantation Int'l Inc. | Case number (if known) |
|---|---|---|

**Name and mailing address of petitioner**

Hagadone Hawaii, Inc.
Name

274 Puuhale Road, Suite 200
Number   Street

| Honolulu | HI | 96819 |
|---|---|---|
| City | State | ZIP Code |

**Name and mailing address of petitioner's representative, if any**

Craig Furuya
Name

274 Puuhale Road, Suite 200
Number   Street

| Honolulu | HI | 96819 |
|---|---|---|
| City | State | ZIP Code |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Ted N. Pettit
Printed name

Case Lombardi & Pettit
Firm name, if any

737 Bishop Street, Suite 2600
Number   Street

| Honolulu | HI | 96813 |
|---|---|---|
| City | State | ZIP Code |

Contact phone 808-547-5400   Email tnp@caselombardi.com

Bar number 4287

State Hawaii

X _____
Signature of attorney

Date signed 09/16/2016
MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name

Number   Street

| City | State | ZIP Code |
|---|---|---|

**Name and mailing address of petitioner's representative, if any**

Name

Number   Street

| City | State | ZIP Code |
|---|---|---|

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number   Street

| City | State | ZIP Code |
|---|---|---|

Contact phone _____   Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
MM / DD / YYYY

Debtor: Mountain Thunder Coffee Plantation Int'l Inc.
Case number (if known): _____

**Name and mailing address of petitioner**

Name: Thomas Spruance
Number Street: 84-5240 Painted Church Road
City: Captain Cook   State: HI   ZIP Code: 96704

**Name and mailing address of petitioner's representative, if any**

Name: _____
Number Street: _____
City: _____   State: _____   ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___/___/_____ (MM/DD/YYYY)

X _/s/ Thomas Spruance_
Signature of petitioner or representative, including representative's title

---

Printed name: Ted N. Pettit
Firm name, if any: Case Lombardi & Pettit
Number Street: 737 Bishop Street, Suite 2600
City: Honolulu   State: HI   ZIP Code: 96813
Contact phone: 808-547-5400   Email: tnp@caselombardi.com
Bar number: 4287
State: Hawaii

X _/s/ Ted Pettit_
Signature of attorney

Date signed: 09/16/2016

---

**Name and mailing address of petitioner**

Name: _____
Number Street: _____
City: _____   State: _____   ZIP Code: _____

**Name and mailing address of petitioner's representative, if any**

Name: _____
Number Street: _____
City: _____   State: _____   ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___/___/_____ (MM/DD/YYYY)

X _____
Signature of petitioner or representative, including representative's title

---

Printed name: _____
Firm name, if any: _____
Number Street: _____
City: _____   State: _____   ZIP Code: _____
Contact phone: _____   Email: _____
Bar number: _____
State: _____

X _____
Signature of attorney

Date signed: ___/___/_____ (MM/DD/YYYY)

Debtor  Mountain Thunder Coffee Plantation Int'l Inc.   Case number (if known) _____
        Name

## Name and mailing address of petitioner

Joseph K. Hing, Sr.
Name

75-5797 Kini Loop
Number  Street

Kailua-Kona          HI        96740
City                 State     ZIP Code

## Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number  Street

_____
City     State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _/s/ (signed)_
Signature of petitioner or representative, including representative's title

---

Ted N. Pettit
Printed name

Case Lombardi & Pettit
Firm name, if any

737 Bishop Street, Suite 2600
Number  Street

Honolulu              HI        96813
City                  State     ZIP Code

Contact phone 808-547-5400   Email tnp@caselombardi.com

Bar number 4287

State  Hawaii

✗ _/s/ Ted Pettit_
Signature of attorney

Date signed 09/16/2016
            MM / DD / YYYY

---

## Name and mailing address of petitioner

_____
Name

_____
Number  Street

_____
City     State    ZIP Code

## Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number  Street

_____
City     State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

Printed name _____

Firm name, if any _____

Number  Street _____

City     State    ZIP Code _____

Contact phone _____   Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

Official Form 205          Involuntary Petition Against a Non-Individual          page 4

U.S. Bankruptcy Court - Hawaii   #16-00984   Dkt # 1   Filed  09/16/16   Page 7 of 8

Debtor  Mountain Thunder Coffee Plantation Int'l Inc.  Case number (if known) _____
         Name

**Name and mailing address of petitioner**

Russell T. Komo / HK Investment Partnership
Name

73-1263 Onaona Drive
Number   Street

Kailua-Kona          HI          96740
City                 State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City     State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

x /s/ Russell T. Komo
Signature of petitioner or representative, including representative's title

Ted N. Pettit
Printed name

Case Lombardi & Pettit
Firm name, if any

737 Bishop Street, Suite 2600
Number   Street

Honolulu             HI          96813
City                 State       ZIP Code

Contact phone 808-547-5400   Email tnp@caselombardi.com

Bar number 4287

State Hawaii

x /s/ Ted N. Pettit
Signature of attorney

Date signed 09/16/2016
            MM / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number   Street

_____
City     State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City     State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

x _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number  Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

x _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Official Form 205      Involuntary Petition Against a Non-Individual      page 4

U.S. Bankruptcy Court - Hawaii   #16-00984   Dkt # 1   Filed  09/16/16   Page 8 of 8